# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ROBSON A. BRASIL & CONNIE M. BRASIL  Case Number: 07-72791
1511 LAKELAND AVENUE         SSN-xxx-xx-8791 & xxx-xx-7812
MCHENRY, IL  60050

Case filed on: 11/14/2007
Plan Confirmed on: 4/18/2008

D Dismissed

Total funds received and disbursed pursuant to the plan: $3,194.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LEGAL HELPERS, PC | 3,500.00 | 3,500.00 | 278.21 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 278.21 | 0.00 |
| 024 | DAVID J. AXELROD & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | ROBSON A. BRASIL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCIAL SERVICES | 6,986.02 | 6,986.02 | 810.08 | 391.06 |
| 002 | CITIMORTGAGE INC | 6,193.38 | 6,193.38 | 0.00 | 0.00 |
| 003 | CITIFINANCIAL AUTO LTD | 9,725.00 | 9,275.00 | 933.29 | 525.52 |
|  | Total Secured | 22,904.40 | 22,454.40 | 1,743.37 | 916.58 |
| 003 | CITIFINANCIAL AUTO LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CULLIGAN | 794.05 | 79.40 | 0.00 | 0.00 |
| 005 | AAMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AAMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AAMS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | AFNI, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | BUREAU OF COLLECTION RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | NORTHERN ILLINOIS MEDICAL CENTER | 2,984.40 | 298.44 | 0.00 | 0.00 |
| 011 | CERTIFIED SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CERTIFIED SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CERTIFIED SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CERTIFIED SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CERTIFIED SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CERTIFIED SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CERTIFIED SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CERTIFIED SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | CERTIFIED SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | CERTIFIED SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | COMED CO | 866.13 | 86.61 | 0.00 | 0.00 |
| 022 | COMCAST CORRESPONDENCE DIVISION | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | DAVID J AXELROD & ASSOCIATES | 2,053.08 | 205.31 | 0.00 | 0.00 |
| 025 | DR. MIN H. LIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | EASY DENTAL CARE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | ER SOLUTIONS | 389.71 | 38.97 | 0.00 | 0.00 |
| 028 | PORTFOLIO RECOVERY ASSOCIATES | 878.92 | 87.89 | 0.00 | 0.00 |
| 029 | KEYNOTE CONSULTING | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | MED BUSI BUR | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | MEDICAL EYE SERVICES LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | MHS PHYSICIAN SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | NICOR GAS | 383.52 | 38.35 | 0.00 | 0.00 |
| 034 | NORTHERN LAKE MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | NORTHERN LAKE MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | OSI COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | PORTFOLIO ACQUISITIONS LLC | 233.43 | 23.34 | 0.00 | 0.00 |
| 038 | SPRINT | 787.68 | 78.77 | 0.00 | 0.00 |
| 039 | CENTEGRA | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | CENTEGRA | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | CITY OF MCHENRY | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | CONDELL MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | ASSET ACCEPTANCE CORP | 279.50 | 27.95 | 0.00 | 0.00 |
| 044 | ROBERT J COVEK DDS PC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 9,650.42 | 965.03 | 0.00 | 0.00 |
|  | Grand Total: | 36,054.82 | 26,919.43 | 2,021.58 | 916.58 |

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

| | |
|---|---|
| Total Paid Claimant: | $2,938.16 |
| Trustee Allowance: | $255.84 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008           By  /s/Heather M. Fagan